UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | 1:15-cv-00621-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 21, 2015.  Plaintiff has not paid the $400.00 filing fee or filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, within forty-five (45) days of the date of service of this order, plaintiff shall either file the attached application to proceed in forma pauperis or pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 22, 2015**                              **/s/ Sheila K. Oberto**
                                                                                                             UNITED STATES MAGISTRATE JUDGE