UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00621-SKO (PC)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM FILING FEE UNDER 28 U.S.C. § 1915**<br><br>(Doc. 9) |

Plaintiff Frank Lee Dearwester is a state prisoner proceeding *in forma pauperis*. On June 9, 2015, the Court dismissed this action as duplicative. (Doc. 8.) On May 8, 2020, Plaintiff filed a motion requesting relief from the filing fee payments required by 28 U.S.C. § 1915(b). (Doc. 9.)

Plaintiff's motion is identical to a motion he filed in *Dearwester v. California Department of Corrections and Rehabilitation*, No. 1:15-cv-00354-SKO (E.D. Cal.) (Doc. 19). As the Court explained in denying the latter motion, the filing fee is mandatory for plaintiffs proceeding *in forma pauperis*; the Court does not have the discretion to waive it. *See* 28 U.S.C. § 1915(b); *see also Soares v. Paramo*, No. 3:13-cv-02971-BTM-RBB, 2018 WL 5962728, at *2 (S.D. Cal. 2018); *Cartwright v. Sparks*, No. 1:94-cv-06044-AWI, 2012 WL 394175, at *1 (E.D. Cal. 2012); *Adams v. Maricopa Cty. Sheriff's Office*, No. 2:10-cv-01558-PHX-RCB, 2010 WL 4269528, at *1-2 (D. Ariz. 2010). In addition, the Supreme Court has held that plaintiffs must make the filing-

fee payments in a case simultaneously, not sequentially, with such payments in earlier-filed cases. *Bruce v. Samuels*, 136 S. Ct. 627, 631-32 (2016). Accordingly, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **May 11, 2020**                                   /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE