UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:15-cv-00621-SKO (PC)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM FILING FEE**<br><br>(Doc. 11) |

  Plaintiff is a state prisoner proceeding *in forma pauperis*. On June 9, 2015, the Court dismissed this action as duplicative. (Doc. 8.)

  On May 8, 2020, Plaintiff filed a motion requesting relief from the filing fee payments required by 28 U.S.C. § 1915(b). (Doc. 9.) On May 11, 2020, the Court denied the motion. (Doc. 10.)

  On April 19, 2021, Plaintiff filed a "motion for the disposition of fines" pursuant to California Penal Code § 1205(a). (Doc. 11.) Plaintiff requests that the Court "covert[ ]" the outstanding $350 filing fee in this action into additional "days of imprisonment." (*Id.* at 1.)

  Although Plaintiff now characterizes the filing fee as a "fine," it is not a fine and has not been imposed as part of a criminal sentence. Rather, it is the fee for initiating this civil action. As the Court explained in its May 11, 2020 order, the filing fee is mandatory for plaintiffs

proceeding *in forma pauperis*. *See* 28 U.S.C. § 1915(b); *see also Soares v. Paramo*, No. 3:13-cv-02971-BTM-RBB, 2018 WL 5962728, at *2 (S.D. Cal. 2018); *Cartwright v. Sparks*, No. 1:94-cv-06044-AWI, 2012 WL 394175, at *1 (E.D. Cal. 2012); *Adams v. Maricopa Cty. Sheriff's Office*, No. 2:10-cv-01558-PHX-RCB, 2010 WL 4269528, at *1-2 (D. Ariz. 2010).

Accordingly, the Court DENIES Plaintiff's motion. The Court will not entertain any further motions in this closed case.

IT IS SO ORDERED.

Dated:   **April 21, 2021**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE